ORIGINAL

FILED
SEP 2 4 2007
U.S. COURT OF FEDERAL CLAIMS

**Mary Judge Ryan**
**RYAN TURCHIK P.C.**
**300 North Main Avenue**
**Suite 106**
**Tucson, AZ 85701**
**Telephone: (520) 882-7070**
**Fax: (520) 882-7091**
**State Bar No. 011692**
**mary@ryanturchik.com**

**Attorneys for:** Plaintiff

Ryan Turchik P.C.

IN THE UNITED STATES COURT

OF FEDERAL CLAIMS

| | |
|---|---|
| Donna Mauras, Anthony E. Mauras, husband and wife;<br><br>Plaintiffs<br>vs.<br><br>United States;<br><br>Defendant. | 07-689 C<br>No:__________<br><br>**COMPLAINT**<br><br>**BREACH OF CONTRACT** |

Plaintiff alleges:

1. Jurisdiction is conferred on this Court by 28 USCS § 1491.
2. Plaintiffs are citizens of the United States and were at all relevant times residents of Tucson, Pima County in the State of Arizona.
3. Plaintiff Donna Mauras was employed by the Social Security Administration (hereinafter referred to as SSA) an independent agency of the United States federal government pursuant to 42 USC § 901.

Ryan Turchik P.C.

4. Plaintiff Donna Mauras was employed as a Legal Assistant, GS-8 by the SSA San Francisco Region, in the Tucson, Arizona Office of Appeals from 1992 to April 21, 2005.
5. Plaintiff Anthony E. Mauras is the husband of Plaintiff Donna Mauras.
6. Venue is proper in Pima County Arizona the place where Plaintiffs reside and where Plaintiff Donna Mauras worked for the SSA.
7. Plaintiffs' claim is in excess of $10,000.00.
8. Plaintiff Donna Mauras and the SSA entered into a Resolution and Agreement in April 2005. (Attached here to as Exhibit A).
9. The Resolution and Agreement was entered into and executed by Plaintiff Donna Mauras, SSA Agency Designated Representative, Arthur S. Cahn, Regional Chief Administrative Law Judge and Duane deJoie, the Designated Representative from the American Federation of Government Employees Local 1223 ( AFGE).
10. As a condition of the Resolution and Agreement Plaintiff Donna Mauras resigned her employment effective April 21, 2005.
11. The Resolution and Agreement at Paragraph 2, contains a specific non-disclosure provision relating to prospective employers.
12. On or about June 2006 Plaintiff Donna Mauras applied for a position with the United States Department of Transportation, Federal Railroad Administration (hereinafter referred to as FRA).



Ryan Turchik PC
300 N. Main Ave., #106
Tucson, AZ 85701
(520) 882-7070

13. Plaintiff Donna Mauras was selected for the position of Administrative Assistant, GS-303-6 Step 10 at $43,807.00 per annum effective September 3, 2006.

14. Plaintiff Donna Mauras accepted the position.

15. Plaintiff Donna Mauras was subsequently informed the employment was rescinded because "since that time information obtained during a routine reference check has led FRA to rescind out(sic) offer of employment to you." (See correspondence attached hereto as Exhibit B)

16. Upon information and belief Defendants breached the Agreement resulting in the loss of the position at the FRA.

17. Plaintiff suffered economic loss of the salary to be paid by the FRA as a result of SSA's breach of the Agreement

PRAYER FOR RELIEF

WHEREFORE Plaintiffs pray:

a. That actual damages be awarded to Plaintiffs and against the Defendant in the amount of $43,807.00 plus applicable interest until paid;

b. That Plaintiffs be awarded their attorneys fees;

c. That Plaintiffs be awarded their costs; and

d. That Plaintiffs be awarded all other relief that the Court deems just and proper under the circumstances.

Ryan Turchik P.C.



Ryan Turchik PC
300 N. Main Ave., #106
Tucson, AZ 85701
(520) 882-7070

Ryan Turchik P.C.

DATED this 20th date of September 2007.

**Ryan Turchik P.C.**
Mary Judge Ryan



**Ryan Turchik PC**
**300 N. Main Ave., #106**
**Tucson, AZ 85701**
**(520) 882-7070**

## Resolution and Agreement

The parties to this agreement are the American Federation of Government Employees, Local 1223 (AFGE), Donna Mauras (Employee), and the Social Security Administration, Tucson, Arizona Office of Hearings and Appeals (Agency). This agreement is executed In full and complete settlement of the amended proposed removal action dated October 21, 2004 in which the Employee was charged with 1) Threat to Inflict Bodily Harm against a Co-worker. The parties agree as follows:

1. Employee resigns from her position with the Agency effective <u>April 16, 2005</u> The Notice of Personnel Action, Standard Form 50 will indicate the resignation was for personal or similar reasons.

2. If a prospective employer presents an executed waiver or release for disclosure of information regarding the Employee's employment with the Agency, the Agency will only release the information specified in 5 CFR § 293.311 (Employee's name, position titles and occupational series, annual salary rates, duty stations and grades, position descriptions and job elements, and performance standards). Tucson OHA Management, including Barbara Tujo and Kathleen Gavin, whether or not still employed by the Agency, agrees to refer any and all inquiries from any prospective employer or investigative Agency concerning Ms Mauras and or her SSA employment history to the appropriate unit of the Center for Human Resources as referenced herein and below. Nothing further will be disclosed. Employee agrees all requests for information from prospective employers must be sent to the Center for Human Resources, P.O. Box 4115, Richmond, CA 94804, and that if inquiries are sent elsewhere in the Agency, the Agency cannot be bound by this paragraph.

3. Employee and AFGE agree not to institute any administrative or judicial action regarding the proposed action or any other issues related to the Employee's employment with the agency. This includes, but is not limited to a grievance, an action before the Merit Systems Protection Board or an action before the Equal Employment Opportunity Commission.

4. AFGE and the Employee agree to sign and date the attached 'Withdrawal of Pre-Complaint of Discrimination' form to confirm their intent to fully withdraw the Employee's request for pre-complaint EEO counseling. This agreement would also preclude AFGE or the Employee from filing a formal complaint involving this matter and from initiating any type of legal action consistent with the terms outlined in paragraph #3.

5. Employee agrees that she will never apply for or accept any employment with any component or region of the SSA at any time in the future. Employee agrees that if she should later accept such employment, that her employment will be considered void and she will be subject to immediate termination without right of appeal.

6. Employee and AFGE expressly waive any right they may possess to fees, damages or personnel records adjustment relating to or arising from the issues in the case except as specified in paragraph #1.

7. This agreement and the terms contained will not establish any precedent nor will they be used to seek or justify similar terms in any subsequent agreement.

8. The terms of this settlement will be kept confidential and not publicized, except to the extent necessary to administer the terms of the agreement.

9. Nothing in this agreement shall be construed as an admission by any party of a violation of law, regulation, rule or bargaining agreement or any allegation of fact

10. Agency hereby cancels the proposal letter referenced above and will remove it and supporting documentation from the SF-7B file and/or OPF. No negative remarks shall be made on the SF-50 documenting the Employee's resignation.

11. Employee acknowledges that she was represented in this matter, has read and understands the terms of this agreement and voluntarily enters into this agreement of her own free will and accord. She acknowledges that she has had sufficient opportunity and time to consult with her representative about the terms of the agreement.

12. Employee agrees to surrender her office key and building pass to the Tucson, AZ Hearing Office.

13. The agreement constitutes the entire understanding of the parties.

14. The agreement will become effective once it has been signed and dated by the AFGE Designated Representative, the Employee and the Designated Agency Representative.

[signature] 4-14-05

AFGE Designated Representative — Date

[signature] 4-21-05

Agency Designated Representative — Date

[signature] 4/15/05

Donna Maurus (Employee) — Date

ndard Form 50-B
.v. 7/91
..S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| MAURAS, DONNA M | 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 | 01/16/49 | 04/16/05 |

**FIRST ACTION** | **SECOND ACTION**

| de | 5-B. Nature Of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 317 | RESIGNATION | | |
| -C. Code | 5-D. Legal Authority | 6-C Code | 6-D. Legal Authority |
| RPM | REG 715.202 | | |
| -E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

. FROM: Position Title and Number
LEGAL ASSISTANT
SR CASE TECHNICIAN
TAH-F9Z19 0672650

15. TO: Position Title and Number

| Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0986 | 08 | 09 | $ 47901 | PA | | | | | | |

| 2A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $ 42876 | $ 5025 | $ 47901 | $ 0 | | | | |

. Name and Location of Position's Organization
SOCIAL SECURITY ADMINISTRATION
DISAB&INCM SCRTY PRGMS
OFC HRGS & APPLS
OFC REGNL CH ADMINV LAW JUDGE (SF)
HRG OFC, TUCSON, AZ

22. Name and Location of Position's Organization

**EMPLOYEE DATA**

. Veterans Preference: 1 (1 - None, 2 - 5-Point, 3 - 10-Point/Disability, 4 - 10-Point Compensable, 5 - 10-Point Other, 6 - 10-Point/Compensable/30%)

24. Tenure: 1 (0 - None, 1 - Permanent, 2 - Conditional, 3 - Indefinite)

25. Agency Use

26. Veterans Preference for RIF: YES NO

FEGLI: 1 BASIC + STANDARD + FAMILY(1X)

28. Annuitant Indicator: 9 NOT APPLICABLE

29. Pay Rate Determinant: 0

Retirement Plan: L CSRS

31. Service Comp. Date (Leave): 06/11/81

32. Work Schedule: F FULL-TIME

33. Part-Time Hours Per Biweekly Pay Period

**POSITION DATA**

Position Occupied: (1 - Competitive Service, 2 - Excepted Service, 3 - SES General, 4 - SES Career Reserved)

35. FLSA Category: N (E - Exempt, N - Nonexempt)

36. Appropriation Code: 4001148

37. Bargaining Unit Status: 1535

Duty Station Code: )4-0530-019

39. Duty Station (City - County - State or Overseas Location): TUCSON,PIMA,ARIZONA

| Agency Data | FUNC | 41. VET-STAT | 42. EDUC LVL | 43. SUPV LVL | 44. POSITION SENSITIVITY |
|---|---|---|---|---|---|
| :LS | 00 | X | 04 | 8 | NONSENSITIVE/LOW RI |

Remarks

:EASON FOR RESIGNATION: PERSONAL REASONS
:INCE THE REASON FOR SEPARATION IS GENERALLY DISQUALIFYING, THIS DEPARTMENT 'ILL APPEAL ANY AWARD OF UNEMPLOYMENT COMPENSATION BENEFITS.
EALTH BENEFITS COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE LIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY (NONGROUP CONTRACT). YOU ARE LSO ELIGIBLE FOR TEMPORARY CONTINUATION OF YOUR FEHB COVERAGE FOR UP TO 8 MONTHS.
F 2819 WAS PROVIDED. LIFE INSURANCE COVERAGE IS EXTENDED FOR 31 DAYS URING WHICH YOU ARE ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY NONGROUP CONTRACT).
UMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.
F-8 ISSUED TO EMPLOYEE.
ORWARDING ADDRESS: 10167 E PASEO JUAN TABO TUCSON AZ 85747

.ing Department or Agency: Z - SOCIAL SECURITY ADMIN

| jency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| SZ00 | 1166 | 04/21/05 |

50. Signature/Authentication and Title of Approving Official
BRENDA M. PAULIN
DIRECTOR, CENTER FOR HUMAN RESOURCES
050672962

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

U.S. Department
of Transportation

**Federal Railroad
Administration**

1120 Vermont Ave., N.W.
Washington, D.C. 20590

AUG 31 2006

Ms. Donna Mauras
10167 E Paseo Juan Tabo
Tucson, AZ 85747

Dear Ms. Mauras:

This is in reference to the offer of employment made to you for the position of an Administrative Assistant, GS-303-6, Step 10 with the Federal Railroad Administration (FRA), Cambridge, MA. An offer of employment was extended to you from the Office of Human Resources on August 8, 2006; however, since that time information obtained during a routine reference check has led the FRA to rescind out offer of employment to you.

Your interest in employment with the Federal Railroad Administration is appreciated.

Sincerely,

William J. Tito
Director, Office of Human Resources

**Exhibit B**

U.S. Department
of Transportation

**Federal Railroad Administration**

1120 Vermont Ave., N.W.
Washington, D.C. 20590

AUG 8 2006

Ms. Donna Mauras
10167 E Paseo Juan Tabo
Tucson, AZ 85747

Dear Ms. Mauras:

This is to inform you of your selection to the position of an Administrative Assistant, GS-303-6 Step 10 $43,807 per annum, with the Federal Railroad Administration (FRA), Office of the Associate Administrator for Safety, duty station Cambridge, Massachusetts, effective September 3, 2006. The above salary figure includes the locality pay adjustment for the Cambridge, Massachusetts area.

Please report for in-processing at 8:30 a.m. on Tuesday, September 5, 2006, to Les Fiorenzo, Deputy Regional Administrator, 55 Broadway, Room 1077, Cambridge, MA 02142. The telephone number is (617) 494-2302. In that regard, the Immigration Reform and Control Act of 1986 requires employers to hire only those individuals who are eligible to work in the United States. As a result, all new Federal employees and current Federal employees who transfer between agencies are required to complete Form I-9, Employment Eligibility Verification, a copy of which is enclosed, and provide to the employer documents which verify the employee's identity and employment eligibility. Therefore, when you report for duty, please bring with you the enclosed Form I-9 and the appropriate document(s) required by Section 2 of Form I-9 in order for the FRA to verify your employment eligibility.

**New hires must complete the, Questionnaire for Non-Sensitive Positions (SF-85), print each page, sign and return the completed documents to the Office of Human Resources, Attn: Valerie Jones at least 10 days before your reporting date. We will also need the forms for Statement of Relevant Non-Federal Service, Credit Release form (DOT-1631), and the OF-306, Declaration for Federal Employment returned with your security paperwork. Please use the enclosed FEDEX envelope to return your completed documents.**

All Department of Transportation employees are subject to Conflict of Interest regulations. These regulations are contained in the Code of Federal Regulations, 5 CFR Part 2635, and Part I of Executive Order 12674, "Standards of Ethical Conduct for Employees of the Executive Branch," a copy of which is enclosed. The regulations provide, in part, that a DOT employee shall not have a direct or indirect financial interest that conflicts or appears to conflict with his or her Government duties and responsibilities. Should you have any questions in this regard, you may request an advisory opinion from us prior to your acceptance of this offer of employment.

We are looking forward to having you aboard as a part of the Federal Railroad Administration.

Sincerely,

William Tito
Director, Office of Human Resources

Enclosures