# In the United States Court of Federal Claims

No. 07-689C
Filed: October 4, 2007

DONNA MAURAS, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

ORDER

---

This case has been assigned to my docket pursuant to the ADR Automatic Referral Program set forth in General Order No. 44. The parties are hereby notified that the undersigned is available to discuss the resolution of this action through means short of formal litigation. If the parties wish to pursue such alternative dispute resolution procedures, they may contact chambers (202-357-6652) to arrange for a telephone conference or a meeting with the court.

s/John P. Wiese
John P. Wiese
Judge