**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DONNA MAURAS, ANTHONY E. MAURAS, husband and wife, | ) | |
| Plaintiffs, | ) | No. 07-689C |
| v. | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a two week enlargement of time, to and including December 7, 2007, within which to file a response to the complaint. The response to the complaint is currently due November 23, 2007. This is defendant's first request for an enlargement of time. Plaintiff's counsel has represented that plaintiff has no objection to this motion.

The enlargement is requested in light of the upcoming Thanksgiving holiday and the travel schedule of defendant's counsel of record to conduct depositions in another matter. Additionally, defendant's counsel of record has not yet received a litigation report from the Social Security Administration as required pursuant to 28 U.S.C. § 520(b). Finally, defendant's counsel of record needs additional time to coordinate the preparation of a response with agency counsel for the Social Security Administration and to receive internal review of the response.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time by two weeks, to and including December 7, 2007, within which to file a response to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kirk Manhardt
KIRK MANHARDT
Assistant Director

s/ Dawn E. Goodman
DAWN E. GOODMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-1067
Fax: (202) 514-8624

November 8, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 8th day of November, 2007, a copy of the foregoing "MOTION FOR ENLARGEMENT OF TIME TO ANSWER COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn E. Goodman
DAWN E. GOODMAN