# In the United States Court of Federal Claims

No. 07-689C
Filed: January 2, 2008

| | |
|---|---|
| DONNA MAURAS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

SUSPENDING INITIATION OF PROCEEDINGS UNDER
THE ADR AUTOMATIC REFERRAL PROGRAM

This case was assigned to the undersigned judge's docket pursuant to the ADR Automatic Referral Program set forth in General Order No. 44. On December 3, 2007, however, defendant filed a motion to dismiss the complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. Accordingly, the court concludes that the initiation of any ADR proceedings is not appropriate pending the disposition of defendant's motion.

s/John P. Wiese
John P. Wiese
Judge