**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DONNA MAURAS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-689C |
| | ) | |
| v. | ) | (Chief Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), the parties respectfully request a four week enlargement of time, to and including June 20, 2008, for defendant to file an answer to the complaint. The answer is currently due May 23, 2008.

The enlargement is requested because the parties are actively engaged in settlement discussions and require additional time to explore the possibility of settlement without the need for further litigation.

For these reasons, the parties respectfully requests that the Court grant this motion for an enlargement of time by four weeks, to and including June 20, 2008, for the defendant to file an answer to the complaint.

Respectfully submitted,

s/Mary Judge Ryan
MARY JUDGE RYAN, Esq.
Ryan Turchik P.C.
The Steinfeld Mansion
300 North Main Avenue
Suite 106
Tucson, AZ 85701
Tel: (502) 802-7070
Fax: (502) 882-7091

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kirk Manhardt
KIRK MANHARDT
Assistant Director

s/ Dawn E. Goodman
DAWN E. GOODMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-1067
Fax: (202) 514-8624

May 20, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 20th day of May, 2008, a copy of the foregoing "JOINT MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn E. Goodman
DAWN E. GOODMAN