**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DONNA MAURAS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-689C |
| | ) | |
| v. | ) | (Chief Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO SUSPEND PENDING MEDIATION**

The parties respectfully submit this joint motion for a suspension of proceedings, to allow the parties to pursue alternative dispute resolution ("ADR") before Senior Judge John P. Wiese. This case was assigned to Judge Wiese through this Court's ADR Automatic Referral Program.

Pursuant to the Court's May 23, 2008 order granting the parties' joint motion for enlargement of time, the deadline for the Government to file an answer is June 20, 2008. The parties believe that mediation may result in settlement of this matter without the need for further litigation. The parties have contacted Judge Wiese's chambers, and a preliminary ADR telephonic conference is scheduled on June 18, 2008 at 2:30 p.m. Counsel for the parties propose that they file a joint status report with the Court within 14 days after mediation is completed, informing the Court of their progress.

For these reasons, the parties respectfully request that this Court suspend the deadline for the Government to file an answer and all other deadlines in this matter. Upon completion of the mediation, the parties propose to file a joint status report informing the Court of their progress and, if necessary, to propose a schedule for further proceedings.

Respectfully submitted,

s/Mary Judge Ryan
MARY JUDGE RYAN, Esq.
Ryan Turchik P.C.
The Steinfeld Mansion
300 North Main Avenue
Suite 106
Tucson, AZ 85701
Tel: (502) 802-7070
Fax: (502) 882-7091

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kirk Manhardt
KIRK MANHARDT
Assistant Director

s/ Dawn E. Goodman
DAWN E. GOODMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-1067
Fax: (202) 514-8624

June 18, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 18th day of June, 2008, a copy of the foregoing "JOINT MOTION TO SUSPEND PENDING MEDIATION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn E. Goodman
DAWN E. GOODMAN