# In the United States Court of Federal Claims

No. 07-689C
Filed: June 18, 2008

| | |
|---|---|
| DONNA MAURAS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

DIRECTING SUBMISSION OF ADR MEMORANDA

---

As discussed during the telephone conference held this date, on or before July 11, 2008, each party shall provide the court with a memorandum setting forth those facts deemed pertinent to the party's settlement position.

s/John P. Wiese
John P. Wiese
Judge