# In the United States Court of Federal Claims

**No. 07-689 C**

**DONNA MAURAS & ANTHONY E. MAURAS,**

**v.**

**THE UNITED STATES**

**JUDGMENT**

Pursuant to the court's Published Opinion and Order, Reissued for Publication on June 18, 2008, stating that there is no just reason for delay as provided in Rule 54(b),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff, Anthony Mauras is dismissed from this case due to lack of subject matter jurisdiction.

John S. Buckley
Acting Clerk of Court

**June 30, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.